IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSQUEHANNA COMMERCIAL : 
FINANCE, INC. :
: CIVIL ACTION
v. :
: NO. 10-7481
MICHAEL E. FRENCH *d/b/a* :
HIRAM WASTE AND RECYCLING, ET AL. :

## ORDER

**AND NOW**, this ___5th___ day of ___May___, 2011, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 8), Plaintiff's Motion is **GRANTED**. It is hereby **ORDERED** as follows:

1. Judgment is entered in favor of Plaintiff Susquehanna Commercial Finance, Inc., and against Defendant Michael E. French *d/b/a* Hiram Waste and Recycling, in the sum of $80,041.00.

2. Judgment is entered in favor of Plaintiff Susquehanna Commercial Finance, Inc., and against Defendant Laura D. French, in the sum of $80,041.00.

3. Plaintiff is entitled to immediately remove and repossess the following items: (1) D5600 Wood Series Shred-All with Longer/Wider Output Conveyor; (1) Magnetic Head Pulley for Wider Output Conveyor; (1) M60 Colorizer; (1) 1.5 Inch Screen; (1) 2.0 Inch Screen; (1) 2" Screen Baffles; (2) ME56 Mulch Elevator w/13 HP Honda Engine w/Electric Start; and (2) Magnetic Head Pulley w/Collection Pan Option.

    A.    Upon taking possession of said items, within a commercially reasonable time, Plaintiff shall conduct a sale of said items in accordance with all applicable provisions of the Uniform Commercial Code.

    B.    Plaintiff shall deduct the net proceeds of said sale from the judgment herein entered, and return any excess proceeds to Defendants in the event that the judgment is satisfied.

**IT IS SO ORDERED.**

                **BY THE COURT:**

                _____
                **R. BARCLAY SURRICK, J.**